

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00152-CV

**LIGHTNING OIL COMPANY,**
Appellant

v.

**ANADARKO E&P ONSHORE, LLC**
f/k/a Anadarko E&P Company, LP,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-01-12171-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice[1]
               Luz Elena D. Chapa, Justice[2]
               Jason Pulliam, Justice

The Court has considered Appellant Lightning Oil Company's Motion for En Banc Reconsideration, and the motion is DENIED.

It is so **ORDERED** on January 15th, 2015.

_____
Rebeca C. Martinez, Justice

---

[1] Dissents to denial of the motion for en banc reconsideration without requesting a response. *See* TEX. R. APP. P. 49.2.

[2] Dissents to denial of the motion for en banc reconsideration without requesting a response. *See* TEX. R. APP. P. 49.2.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

Keith E. Hottle
Clerk of Court